E-FILED
Thursday, 04 November, 2004  11:18:33 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-10062 |
| ) | |
| LONNIE C. DAINTY, ) | |
| Defendant. ) | |

## MOTION FOR CONTINUANCE OF CHANGE OF PLEA

Defendant, LONNIE C. DAINTY, by his attorney, FRANK M. PICL, respectfully moves the Court continue the change of plea hearing set in this case on November 4, 2004, and states:

1. The defendant wants to await the Supreme Court's decision in **Booker** so as to be able to properly consider the likely consequences of his plea before proceeding.

2. The defendant is in custody and the Government does not object to the requested continuance.

WHEREFORE, defendant prays the Court continue the change of plea hearing now set on November 4, 2004.

LONNIE C. DAINTY, defendant

By: _____
FRANK M. PICL.
his attorney

### PROOF OF SERVICE

I certify that I delivered in open court a copy of this document on 11/04/04 to Asst. U.S. Attorney **Tate Chambers**, as well as FAXing him a copy.

_____
FRANK M. PICL, Esq.

**FRANK M. PICL, Esq.**
P.O. Box 418
Peoria, IL 61651-0418
309/673-8110
309/674-0954 FAX