E-FILED
Wednesday, 22 December, 2004  12:45:17 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 22 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

UNITED STATES OF AMERICA,        )
   Plaintiff,                              )
                                                 )
v.                                                    )   Case No. 03-10062
                                                 )
LONNIE C. DAINTY,                       )
   Defendant.                            )

## MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING

Defendant, LONNIE C. DAINTY, by his attorney, FRANK M. PICL, respectfully moves the Court continue the change of plea hearing set in this case on December 22, 2004, and states:

1. Counsel needs additional time to prepare either for plea or trial. Specifically, the defendant wishes to weigh the impact of the U.S. Supreme Court's decision in **Blakely** before deciding how to proceed.

2. The Government does not object to the requested continuance.

WHEREFORE, defendant prays the Court continue the change of plea hearing now set on December 22, 2004.

LONNIE C. DAINTY, defendant

By: _____
FRANK M. PICL,
his attorney

### PROOF OF SERVICE

I certify that I FAXed a copy of this document on 12/21/04 to **Asst. U.S. Attorney K. Tate Chambers** at 211 Fulton, Ste. 400, Peoria, IL 61602 (FAX no. 671-7259).

_____
FRANK M. PICL, Esq.

**FRANK M. PICL, Esq.**
P.O. Box 418
Peoria, IL 61651-418
309/673-8110
309/674-0954 FAX