E-FILED
Thursday, 20 January, 2005  09:08:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
JAN 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>LONNIE C. DAINTY, )<br>Defendant. ) | Case No. 03-10062 |

### MOTION TO SET CHANGE OF PLEA HEARING

Defendant, LONNIE C. DAINTY, by his attorney, FRANK M. PICL, respectfully moves the Court vacate the jury trial now set on February 22, 2005, and set this case for a change of plea hearing beyond that date, and states:

1. Counsel and the defendant need additional time to analyze the U.S. Supreme Court's recent decision in **Blakely/Booker** and prepare for plea. Specifically, the defendant wishes to weigh the impact of said decision on his case.

2. The Government does not object to the requested continuance.

WHEREFORE, defendant prays the Court vacate the jury trial now set on February 22, 2005, and set this case for a change of plea hearing beyond that date.

LONNIE C. DAINTY, defendant

By: /s/ Frank Picl
FRANK M. PICL, his attorney

### PROOF OF SERVICE

I certify that I delivered/FAXed a copy of this document on 1/20/05 to **Asst. U.S. Attorney K. Tate Chambers** at 211 Fulton, Ste. 400, Peoria, IL 61602 (FAX no. 671-7259).

/s/ Frank Picl
FRANK M. PICL, Esq.

**FRANK M. PICL, Esq.**
P.O. Box 418
Peoria, IL 61651-418
309/673-8110
309/674-0954 FAX