E-FILED
Thursday, 17 March, 2005  03:22:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
MAR 1 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
PLAINTIFF

VS.                                Case No. 03-10062

LONNIE C DAINTY
DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Counsel for FRANK PICL, Attorney HUGH F TONER III, LTD, and moves that this Honorable Court allow Mr. Picl to withdraw as Attorney of Record. In support thereof, Counsel for Mr. Picl would respectfully state as follows:

1. That Frank Picl is the Attorney of Record for the Defendant herein.
1. That because of a personal conflict, Counsel for the Defendant is no longer able to represent the Defendant.
2. That it would be in the interest of Justice that FRANK PICL, C.J.A. , be allowed to withdraw as Attorney of Record.
3.

WHERFORE, the Counsel for the Defendant, LONNIE C DAINTY, respectfully requests that the relief requested be granted.

RESPECTFULLY SUBMITTED
FRANK PICL, Counsel for Defendant

_____
HUGH F TONER III, LTD
Counsel for FRANK PICL

*DOCUMENT PREPARED BY:*
*HUGH F TONER III, LTD*
*Attorney at Law*
*1216 SW Adams*
*Peoria, Illinois 61602*
*309-671-4844*