E-FILED
Friday, 16 September, 2005  12:25:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 03-10062 |
| ) | |
| LONNIE C. DAINTY, ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

Now comes the Defendant, LONNIE C. DAINTY, by his attorney, William K. Holman, and moves this Court continue the trial setting in this case set for Friday, October 14, 2005, at 1:15 p.m. and in support thereof, states as follows:

1. Conflicts in the pre-sentence investigation have disclosed the need for further investigation and interviews of certain witnesses who are listed in the pre-sentence report.

2. Since the attorney has entered this case, he believes that the Defendant has cooperated with agents of the United State's Attorney's Office. Reports described in this cooperation have not been furnished to the Defendant's attorney.

3. The Defendant's attorney needs this information to adequately prepare for the sentencing hearing.

4. That the continuance requested in this matter would be in the best interest of justice.

WHEREFORE, William K. Holman respectfully moves that this Court continue the sentencing hearing of LONNIE C. DAINTY to a date which is convenient to the Court and all parties.

LONNIE C. DAINTY, Defendant

BY: /s/    William K. Holman
WILLIAM K. HOLMAN   ISBA#1249622
Attorney at Law
124 N.E. Madison Ave.
Peoria, Illinois  61602
Phone: (309) 677-6342
Fax:   (309) 673-3946
WWKHOLMAN@aol.com,
GELLAL2@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   K. Tate Chambers - tate.chambers@usdoj.gov,
kimberly.ritthaler@usdoj.gov,
diane.hayes@usdog.gov,
margo.l.scamp@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

                                        LONNIE C. DAINTY,  Defendant


                                        BY:  /s/     William K. Holman
WILLIAM K. HOLMAN   ISBA#1249622
Attorney at Law
124 N.E. Madison Ave.
Peoria, Illinois  61602
Phone:  (309)  677-6342
Fax:     (309)  673-3946
WWKHOLMAN@aol.com,
GELLAL2@aol.com