E-FILED
Friday, 16 September, 2005   12:26:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LONNIE C. DAINTY, )<br>)<br>Defendant. ) | No.  03-10062 |

### MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

   NOW COMES the Defendant, LONNIE C. DAINTY, by his attorney, William K. Holman, and moves the Court for leave to file additional motions herein, stating in support thereof as follows:

   1.  Defendant's counsel was appointed to this case after the Defendant had already been given his proffer statement and the case was set for plea.

   2.  Defendant's counsel was unaware that prior counsel had not filed any motions for discovery or to compel exculpatory evidence.

   3.  The pre-sentence report in this case has raised several issues regarding potential exculpatory material which could be contained in police reports which may or may not have been furnished to this attorney.

   4.  Although Defendant's counsel has had an opportunity to review certain reports and memoranda of the government concerning this cause, Defendant believes that additional material is or should be available and Defendant has filed motions seeking such material.

   5.  That Defendant's motions have tolled the mandate of the Speedy Trial Act.

   6.  As additional material is disclosed to the Defendant by the government and information is otherwise developed by the Defendant concerning the charges against his which is alleged to have occurred from on or about 1996 until this date.  Defendant may learn that additional pleadings may be essential to his defense, including motions to suppress and motions to dismiss.

   7.  Since the time of the attorney's entry into this case, the Defendant has substantially cooperated with agents of the United State's attorney's office.  Reports of this cooperation

have not been disclosed to Defendant's attorney, so he cannot adequately prepare for the sentencing hearing in this case.

    8.  This motion is not filed to delay this proceeding, but to insure the Defendant substantial justice and full protection of his constitutional rights.

                          LONNIE C. DAINTY,  Defendant

                          BY:  /s/     William K. Holman
WILLIAM K. HOLMAN  ISBA#1249622
Attorney at Law
124 N.E. Madison Ave.
Peoria, Illinois  61602
Phone:  (309)  677-6342
Fax:     (309)  673-3946
WWKHOLMAN@aol.com,
GELLAL2@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  K. Tate Chambers - tate.chambers@usdoj.gov,
              kimberly.ritthaler@usdoj.gov,
              diane.hayes@usdog.gov,
              margo.l.scamp@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

                                        LONNIE C. DAINTY, Defendant

                                        BY: /s/    William K. Holman
WILLIAM K. HOLMAN  ISBA#1249622
Attorney at Law
124 N.E. Madison Ave.
Peoria, Illinois  61602
Phone: (309) 677-6342
Fax:   (309) 673-3946
WWKHOLMAN@aol.com,
GELLAL2@aol.com