E-FILED
Friday, 04 November, 2005  02:22:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  03-10062 |
| ) | |
| LONNIE C. DAINTY, ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

Now comes the Defendant, LONNIE C. DAINTY, by his attorney, William K. Holman, and moves this Court continue the sentencing hearing in this case which is set for Friday, November 18, 2005, at 1:30 p.m. and in support thereof, states as follows:

1.  That the attorneys involved in this case are accumulating information to be used at the sentencing hearing relative to the Defendant's proffer.

2.  That Attorney Holman has been unable to obtain all the information necessary to present this mitigating materials at the sentencing hearing.

3.  That Attorney Holman has just recently learned of additional mitigating material after discussions with opposing counsel regarding the pre-sentence report which has been prepared.

4.  The U.S. Attorney's Office has no objection to this continuance.

5.  That the continuance requested in this matter would be in the best interest of justice.

WHEREFORE, William K. Holman respectfully moves that this Court continue the sentencing hearing of LONNIE C. DAINTY to a date which is convenient to the Court and all parties.

```
                              LONNIE C. DAINTY,  Defendant


                              BY: /s/    William K. Holman
                              WILLIAM K. HOLMAN  ISBA#1249622
                              Attorney at Law
                              124 N.E. Madison Ave.
                              Peoria, Illinois  61602
                              Phone:  (309)  677-6342
                              Fax:    (309)  673-3946
                              WWKHOLMAN@aol.com,
                              GELLAL2@aol.com
```

CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  K. Tate Chambers - tate.chambers@usdoj.gov, kimberly.ritthaler@usdoj.gov, diane.hayes@usdog.gov, margo.l.scamp@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

```
                              LONNIE C. DAINTY,  Defendant


                              BY: /s/    William K. Holman
                              WILLIAM K. HOLMAN  ISBA#1249622
                              Attorney at Law
                              124 N.E. Madison Ave.
                              Peoria, Illinois  61602
                              Phone:  (309)  677-6342
                              Fax:    (309)  673-3946
                              WWKHOLMAN@aol.com,
                              GELLAL2@aol.com
```

2