E-FILED
Friday, 04 November, 2005  02:23:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )
       vs.                             )        No.  03-10062
                                       )
LONNIE C. DAINTY,                      )
                                       )
            Defendant.                 )

SUPPLEMENTAL MOTION FOR PRODUCTION OF BRADY MATERIALS

NOW COMES the Defendant, LONNIE C. DAINTY, by his attorney, and pursuant to Rule 12(d)(2), Fed. R. Crim. P., Brady v. Maryland, 373 U.S. 83 (1967), Giglio v. United States, 405 U.S. 150 (1973). and Kyles v. Whitley, 115 S. Ct. 155 (1995), moves this Court for the entry of an Order directing the government forthwith to make inquiry and to disclose to the defense prior to the trial of this cause any and all documents, materials, and information, in whatever form, within the possession or control of the Government, or the existence of which is known, or by the exercise of due diligence could become known to the Government, which would tend to mitigate, in any way, the guilt of the Defendant or would tend to establish a defense, in whole or in part, to the allegations of the Bill of Indictment, or would help the Defendant avoid conviction or mitigate punishment therefore, including, but not limited to, the following:

1.  Any reports regarding all statements made by the Defendant pursuant to a proffer agreement in the above case, including initial statements made to the relevant police agency as well as any reports on investigations which were derived from any statements made by the Defendant pursuant to his proffer.

2.  Any and all documents which were or may have been used by the probation officer as a basis for completion of the pre-sentence investigation, including but not limited to those reports used in determining the offense level or criminal history category for said Defendant.  These documents should include such portions of other defendants' pre-sentence reports as are relevant to the Defendant's report.

In support thereof, said Defendant states:

A.   The case of United States v. Booker, 125 S. Ct. 738 (Jan. 12, 2005) held that the United States Sentencing Guidelines are advisory and are not binding on the Court.

B.   At sentencing, 18 U.S.C. 3553 provides that the Court shall consider various factors in imposing the sentence on the Defendant including:  "(1) the nature and circumstances of the offense and the history and characteristics of the Defendant."

C.   The information requested above affects the Defendant's ability to set forth the nature and circumstances of the offense and the history and characteristics of the Defendant.

D.   The requested materials are necessary in order to allow the Defendant to justify a request that the sentencing court should give the Defendant a sentence below the guideline range found by the probation office.

WHEREFORE, Defendant, LONNIE C. DAINTY, moves that this Court enter an Order granting the relief prayed for above.

LONNIE C. DAINTY,  Defendant


BY:  _/s/     William K. Holman_____
WILLIAM K. HOLMAN  ISBA#1249622
Attorney at Law
124 N.E. Madison Ave.
Peoria, Illinois  61602
Phone:  (309)  677-6342
Fax:     (309)  673-3946
WWKHOLMAN@aol.com,
GELLAL2@aol.com

2

CERTIFICATE OF SERVICE

     I hereby certify that on November 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   K. Tate Chambers - tate.chambers@usdoj.gov, kimberly.ritthaler@usdoj.gov, diane.hayes@usdog.gov, margo.l.scamp@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

LONNIE C. DAINTY,  Defendant

BY: _/s/____William K. Holman_____
WILLIAM K. HOLMAN   ISBA#1249622
Attorney at Law
124 N.E. Madison Ave.
Peoria, Illinois  61602
Phone:  (309)  677-6342
Fax:    (309)  673-3946
WWKHOLMAN@aol.com,
GELLAL2@aol.com

3