E-FILED
Wednesday, 27 June, 2007  03:07:18 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   03-10062 |
| ) | |
| **LONNIE DAINTY,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO DISPOSE OF EVIDENCE

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and requests an order allowing the Illinois State Police to destroy or dispose of the following evidence in any manner it deems appropriate:

1. Exh. 1 - 1 gram cocaine

2. Exh. 2 - 3.8 grams cocaine

3. Exh. 3 - 8 grams cocaine

4. Exh. 5 - 30 grams cocaine

5. Exh. 6 - bill of sale and temporary registration

6. Exh. 10 - US Cellular phone bill

This cause has been concluded as to all defendants and further retention of the evidence is not necessary.

                Respectfully submitted,

                UNITED STATES OF AMERICA

                RODGER A. HEATON
                UNITED STATES ATTORNEY

                s/: K. Tate Chambers
                K. Tate Chambers
                Assistant United States Attorney
                One Technology Plaza - Suite 400
                211 Fulton Street
                Peoria, Illinois 61602
                Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **William Holman, Attorney at Law**

    s/:  Kim Ritthaler
KIM RITTHALER
Legal Secretary

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.   03-10062 |
| | ) |
| **LONNIE DAINTY,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

On the motion of the government, it is hereby ordered that the evidence is to be destroyed or disposed of by the Illinois State Police in any manner the it deems appropriate.

Entered this _____ day of _____, 2007.


_____
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE