**E-FILED**
Thursday, 28 June, 2007  03:41:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   03-10062 |
| | ) | |
| LONNIE DAINTY, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
JUN 2 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER

On the motion of the government, it is hereby ordered that the evidence is to be destroyed or disposed of by the Illinois State Police in any manner the it deems appropriate.

Entered this 28th day of June, 2007.

s/ Joe B. McDade

JOE B. McDADE
UNITED STATES DISTRICT JUDGE